AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Kennedy<br><br>*Defendant(s)* | Case No.<br>2:25-mj-00138 |



FILED
AUG 2 6 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 22, 2025** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Attempted Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On August 22, 2025, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, Jonathan Kennedy attempted to possess approximately 38 pounds of a substance that field-tested positive for methamphetamine, a Schedule II controlled substance. Based on my training and experience, this quantity is consistent with an intent to distribute.

☐ Continued on the attached sheet.

*Complainant's signature*

TFO Jordan Hilbert (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 08/26/2025

*Judge's signature*

City and state: Charleston, West Virginia     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*